**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **ERIC JORGE-PERALTA**, <br> *Petitioner*, <br><br> **v.** <br><br> **J.L. JAMISON,** Warden, Federal Detention Center, Philadelphia, et al., <br> *Respondents*. | **Civ. No. 26-1775** |

## <u>ORDER</u>

**AND NOW**, this 17th day of April, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Eric Jorge-Peralta, and all corresponding briefing, it is hereby **ORDERED** as follows:

1. The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2. Jorge-Peralta is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3. The Government shall **RELEASE** Jorge-Peralta from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on April 20, 2026.

4. The Government is temporarily enjoined from re-detaining Jorge-Peralta for seven days following his release from custody.

5. If the Government chooses to pursue re-detention of Jorge-Peralta after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at

which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge