## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ERIC JORGE-PERALTA,**<br>            *Petitioner*,<br><br>         **v.**<br><br>**J.L. JAMISON,** Warden, Federal Detention<br>Center, Philadelphia, et al.,<br>            *Respondents*. | **Civil No. 26-1775** |

## ORDER

**AND NOW**, this 11th day of June, 2026, upon consideration of the Respondents'

Certification of Compliance (ECF No. 7), it is hereby **ORDERED** that the Clerk of Courts is

directed to **CLOSE** this case.

BY THE COURT:

MARY KAY COSTELLO
United States District Judge